# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| David C. Allen | § | Case No. 18-15642 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on 05/31/2018 .   The undersigned trustee was appointed on  05/31/2018 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of              $        13,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 64.09 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] | $        12,935.91 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  10/09/2018  and the deadline for filing governmental claims was  11/27/2018 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,050.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 2,050.00 , for a total compensation of $ 2,050.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 40.44 , for total expenses of $ 40.44 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/13/2018 _____    By:/s/Frank J. Kokoszka, Trustee _____
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 18-15642 | JSB | Judge: | Janet S. Baer | | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | David C. Allen | | | | | Date Filed (f) or Converted (c): | 05/31/2018 (f) |
| | | | | | | 341(a) Meeting Date: | 06/26/2018 |
| For Period Ending: | 12/13/2018 | | | | | Claims Bar Date: | 10/09/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  25W115 Laredo Trail<br>    Bloomingdale Il 60108-0000 Dupage | 307,000.00 | 0.00 | | 0.00 | FA |
| 2.  2014 Mercedes-Benz Glk 350 | 16,500.00 | 12,500.00 | | 12,500.00 | FA |
| 3.  2010 Ford Flex | 5,000.00 | 0.00 | | 0.00 | FA |
| 4.  2007 Jeep Cherokee | 1,600.00 | 0.00 | | 0.00 | FA |
| 5.  2008 Chevrolet Equinox | 1,600.00 | 0.00 | | 0.00 | FA |
| 6.  Household Goods And Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 7.  Electronics | 250.00 | 0.00 | | 0.00 | FA |
| 8.  2 Watches | 1,500.00 | 500.00 | | 500.00 | FA |
| 9.  Ruger 9Mm; Sow 38; Mossberg 20 Gauge | 200.00 | 0.00 | | 0.00 | FA |
| 10.  Clothes | 100.00 | 0.00 | | 0.00 | FA |
| 11.  Cash | 40.00 | 0.00 | | 0.00 | FA |
| 12.  Illinois Bank & Trust | 117.00 | 0.00 | | 0.00 | FA |
| 13.  Dcrj Enterprise, Corporation | 0.00 | 0.00 | | 0.00 | FA |
| 14.  Firehouse Subs Villa Park Corporation | 0.00 | 0.00 | | 0.00 | FA |
| 15.  Firehouse Subs Addison Corporation | 0.00 | 0.00 | | 0.00 | FA |
| 16.  Dcrj Enterprise, Corporation (Self-Directed) | 0.00 | 0.00 | | 0.00 | FA |
| 17.  Fidelity | 31,012.95 | 0.00 | | 0.00 | FA |
| 18.  Commonwealth Edison | 180.00 | 0.00 | | 0.00 | FA |
| 19.  Driver's License | 0.00 | 0.00 | | 0.00 | FA |
| 20.  Foid | 0.00 | 0.00 | | 0.00 | FA |
| 21.  State Of Illinois Food Sanitation | 0.00 | 0.00 | | 0.00 | FA |
| 22.  American General Term $1,300,000 | 0.00 | 0.00 | | 0.00 | FA |
| 23.  Met Life Term $500,000 | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 18-15642 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|---|---|---|

Case Name:    David C. Allen

Date Filed (f) or Converted (c):   05/31/2018 (f)

341(a) Meeting Date:   06/26/2018

For Period Ending:   12/13/2018

Claims Bar Date:   10/09/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24.  John Hancock Term $700,000 | 0.00 | 0.00 | | 0.00 | FA |
| 25.  Potential Avoidance Actions (Preference) (u) | 0.00 | 0.00 | | 0.00 | FA |
| Asset not scheduled, but disclosed on Debtor's Statement of Financial Affairs. Preferential Payments made to Chase totalling $1707.00 | | | | | |
| Chase presented evidence of defenses to Trustee's claims | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $366,099.95 | $13,000.00 | | $13,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has filed a Motion to Sell Property back to the Debtor  - Frank J. Kokoszka 7/24/2018;
Trustee to also pursue a potential preference.

Trustee has sent demand letter on Potential preference recipient.
 - Frank J. Kokoszka 10/24/2018

Chase Bank responded to the Trustee's demand for return of preference. Chase presented evidence of defenses of new value and related defenses. Trustee will not be pursuing this matter any further. - Frank J. Kokoszka 11/28/2018

Trustee working on TFR  - Frank J. Kokoszka 12/6/2018

Initial Projected Date of Final Report (TFR): 07/31/2019      Current Projected Date of Final Report (TFR): 07/31/2019

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

### FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 18-15642 | Trustee Name: Frank J. Kokoszka, Trustee | Exhibit B |
| Case Name: David C. Allen | Bank Name: BOK Financial | |
| | Account Number/CD#: XXXXXX0421 | |
| | Checking | |
| Taxpayer ID No: XX-XXX8965 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 12/13/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/08/18 | | Northern Trust Remitter: Robert E. Allen 62 Green Bay Road Winnetka, IL 60093 | Sale back to Debtor | | $13,000.00 | | $13,000.00 |
| | | | Gross Receipts $13,000.00 | | | | |
| | 2 | | 2014 Mercedes-Benz Glk 350 $12,500.00 | 1129-000 | | | |
| | 8 | | 2 Watches $500.00 | 1129-000 | | | |
| 08/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $12,990.00 |
| 09/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.68 | $12,971.32 |
| 10/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.27 | $12,952.05 |
| 11/26/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.14 | $12,935.91 |
| 11/28/18 | | Transfer to Acct # xxxxxx0161 | Transfer of Funds | 9999-000 | | $12,935.91 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $13,000.00 | $13,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $12,935.91 |
| Subtotal | $13,000.00 | $64.09 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $13,000.00 | $64.09 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

| | | |
|---|---|---|
| Page Subtotals: | $13,000.00 | $13,000.00 |

Case 18-15642    Doc 31    Filed 01/29/19    Entered 01/29/19 09:52:14    Desc Main
Document    Page 6 of 11

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 18-15642 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: David C. Allen | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0161 |
| | Checking |
| Taxpayer ID No: XX-XXX8965 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/13/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/28/18 | | Transfer from Acct # xxxxxx0421 | Transfer of Funds | 9999-000 | $12,935.91 | | $12,935.91 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $12,935.91 | $0.00 |
| Less: Bank Transfers/CD's | $12,935.91 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0161 - Checking | $0.00 | $0.00 | $12,935.91 |
| XXXXXX0421 - Checking | $13,000.00 | $64.09 | $0.00 |
|  | $13,000.00 | $64.09 | $12,935.91 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $13,000.00 |
| Total Gross Receipts: | $13,000.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 18-15642                                                                                              Date: December 13, 2018

Debtor Name: David C. Allen

Claims Bar Date: 10/9/2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Frank J. Kokoszka | Administrative | | $0.00 | $2,050.00 | $2,050.00 |
| 100 2200 | Frank J. Kokoszka | Administrative | | $0.00 | $40.44 | $40.44 |
| 1 300 7100 | Cruz Associates, Llc 934 Marisa Lane Olivenhain, Ca 92024 | Unsecured | Trustee has reviewed Claim and spoken with the Claimant to determine if the premises have been leased to a new tenant- which they have not been. There may be some dispute as to the amount however, this is the only claim timely or otherwise filed and therefore there is no benefit to the estate to object to the amount of the claim, as Claimant is entitled to a claim of at least $25,773.88 for past due rent at time of filing. Claim determined to be valid. | $6,035.24 | $61,847.08 | $61,847.08 |
| | Case Totals | | | $6,035.24 | $63,937.52 | $63,937.52 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-15642
Case Name: David C. Allen
Trustee Name: Frank J. Kokoszka, Trustee

Balance on hand                                       $           12,935.91

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frank J. Kokoszka | $ 2,050.00 | $ 0.00 | $ 2,050.00 |
| Trustee Expenses: Frank J. Kokoszka | $ 40.44 | $ 0.00 | $ 40.44 |

Total to be paid for chapter 7 administrative expenses      $           2,090.44

Remaining Balance      $           10,845.47

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,847.08  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cruz Associates, Llc | $        61,847.08 | $            0.00 | $        10,845.47 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 10,845.47 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE