UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: David C. Allen | CASE NO: 18-15642<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 33<br>Judge: Hon. Janet S. Baer<br>Hearing Location: Kane County 240<br>Hearing Date: March 1, 2019<br>Hearing Time: 11:00 am |

On 2/1/2019, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation (NFR) ECF Docket Reference No. 33

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/1/2019

/s/ Frank J. Kokoszka
Frank J. Kokoszka  6201436
Chapter 7 Trustee
Kokoszka & Janczur, P.C.
19 South LaSalle Street
Chicago, IL  60603
312 443 9600

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: David C. Allen | CASE NO: 18-15642 |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7<br>ECF Docket Reference No. 33<br>Judge: Hon. Janet S. Baer<br>Hearing Location: Kane County 240<br>Hearing Date: March 1, 2019<br>Hearing Time: 11:00 am |

On 2/1/2019, a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation (NFR) ECF Docket Reference No. 33

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/1/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Frank J. Kokoszka
Kokoszka & Janczur, P.C.
19 South LaSalle Street
Chicago, IL  60603

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
FIREHOUSE SUBS OF AMERICA LLC        ILLINOIS BANK AND TRUST        WELLS FARGO BANK N.A.
12735 GRAN BAY PARKWAY               1398 CENTRAL AVE               ATTENTION: BANKRUPTCY DEPARTMENT
SUITE 150                            DUBUQUE IA 52001               MAC N9286-01Y   DEFAULT DOCUMENT
JACKSONVILLE FL 32258-4889                                          PROCESSING
                                                                    1000 BLUE GENTIAN ROAD
                                                                    EAGAN MN 55121-7700


CRUZ ASSOCIATES LLC
934 MARISA LANE
OLIVENHAIN CA 92024
```