# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In Re: | § | |
| | § | |
| David C. Allen | § | Case No. 18-15642 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 298,087.00 *(Without deducting any secured claims)* | Assets Exempt: 50,012.95 |
| Total Distributions to Claimants:  10,845.47 | Claims Discharged Without Payment:  2,111,384.38 |
| Total Expenses of Administration:  2,154.53 | |

3) Total gross receipts of $ 13,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 13,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 320,154.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,154.53 | 2,154.53 | 2,154.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,746,264.01 | 61,847.08 | 61,847.08 | 10,845.47 |
| **TOTAL DISBURSEMENTS** | $ 2,066,418.01 | $ 64,001.61 | $ 64,001.61 | $ 13,000.00 |

4)  This case was originally filed under chapter 7 on  05/31/2018 .  The case was pending for 10 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/10/2019                         By:/s/Frank J. Kokoszka, Trustee
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2 Watches | 1129-000 | 500.00 |
| 2014 Mercedes-Benz Glk 350 | 1129-000 | 12,500.00 |
| TOTAL GROSS RECEIPTS | | $ 13,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Bank & Trust, 6855 E. Riverside Boulevard Rockford, IL 61114 | | 103,053.00 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage, P.O. Box 14538 Des Moines, IA 50306 | | 217,101.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 320,154.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 2,050.00 | 2,050.00 | 2,050.00 |
| Frank J. Kokoszka | 2200-000 | NA | 40.44 | 40.44 | 40.44 |
| BOK Financial | 2600-000 | NA | 64.09 | 64.09 | 64.09 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,154.53 | $ 2,154.53 | $ 2,154.53 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bloomingdale Square, LP, c/o Horizon Realty Services, Inc. 1130 Lake Cook Road, Ste. 280 Buffalo Grove, IL 60089 | | 700,000.00 | NA | NA | 0.00 |
| | Bloomingdale Square, LP, c/o Newcastle Properties, LLC 1030 W. Higgins Road Park Ridge, IL 60068 | | 0.00 | NA | NA | 0.00 |
| | Chase, Cardmember Service PO Box 1423 Charlotte, NC 28201 | | 16,995.49 | NA | NA | 0.00 |
| | Chase, Cardmember Service PO Box 1423 Charlotte, NC 28201-1423 | | 16,703.45 | NA | NA | 0.00 |
| | Firehouse Subs of America, LLC, 3400-8 Kori Road Jacksonville, FL 32257 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Firehouse Subs of America, LLC, c/o Chris Sorensen Registered Agent 3400-8 Kori Road Jacksonville, FL 32257 | | 0.00 | NA | NA | 0.00 |
| | Illinois Bank & Trust, 4048 E. State Street Rockford, IL 61108 | | 83,000.00 | NA | NA | 0.00 |
| | Mosiac Properites & Development LLC, c/o Horizon Realty Services Inc. 1130 Lake Cook Road, Ste 280 Buffalo Grove, IL 60089 | | 0.00 | NA | NA | 0.00 |
| | Mosiac Properties & Development LLC, 555 Skokie Boulevard #204 Northbrook, IL 60062 | | 160,000.00 | NA | NA | 0.00 |
| | Sonia Sandwiches and More Inc., 285 Lorraine Circle Bloomingdale, IL 60108 | | 63,000.00 | NA | NA | 0.00 |
| | Sonia Sandwiches and More Inc., c/o Timothy J. Klein 290 Springdale Drive, Ste 155 Bloomingdale, IL 60108 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Trimont Real Estate Advisors, Attn: Mark Cashman, Sr. VP 3131 Turtle Creek #400 Dallas, TX 75219 | | 0.00 | NA | NA | 0.00 |
| | VFC 33 Centennial Properties, LLC, c/o Trimont Real Estate Advisors 6400 Imperial Drive Woodway, TX 76712 | | 700,000.00 | NA | NA | 0.00 |
| | Yogesh Patel, 285 Lorraine Circle Bloomingdale, IL 60108 | | 529.83 | NA | NA | 0.00 |
| 1 | Cruz Associates, Llc | 7100-000 | 6,035.24 | 61,847.08 | 61,847.08 | 10,845.47 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$ 1,746,264.01** | **$ 61,847.08** | **$ 61,847.08** | **$ 10,845.47** |

Page: 1

**FORM 2**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| Case No: | 18-15642    JSB    Judge: Janet S. Baer | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: | David C. Allen | Date Filed (f) or Converted (c): 05/31/2018 (f) |
| | | 341(a) Meeting Date: 06/26/2018 |
| For Period Ending: | 04/10/2019 | Claims Bar Date: 10/09/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  25W115 Laredo Trail Bloomingdale Il 60108-0000 Dupage | 307,000.00 | 0.00 | | 0.00 | FA |
| 2.  2014 Mercedes-Benz Glk 350 | 16,500.00 | 12,500.00 | | 12,500.00 | FA |
| 3.  2010 Ford Flex | 5,000.00 | 0.00 | | 0.00 | FA |
| 4.  2007 Jeep Cherokee | 1,600.00 | 0.00 | | 0.00 | FA |
| 5.  2008 Chevrolet Equinox | 1,600.00 | 0.00 | | 0.00 | FA |
| 6.  Household Goods And Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 7.  Electronics | 250.00 | 0.00 | | 0.00 | FA |
| 8.  2 Watches | 1,500.00 | 500.00 | | 500.00 | FA |
| 9.  Ruger 9Mm; Sow 38; Mossberg 20 Gauge | 200.00 | 0.00 | | 0.00 | FA |
| 10.  Clothes | 100.00 | 0.00 | | 0.00 | FA |
| 11.  Cash | 40.00 | 0.00 | | 0.00 | FA |
| 12.  Illinois Bank & Trust | 117.00 | 0.00 | | 0.00 | FA |
| 13.  Dcrj Enterprise, Corporation | 0.00 | 0.00 | | 0.00 | FA |
| 14.  Firehouse Subs Villa Park Corporation | 0.00 | 0.00 | | 0.00 | FA |
| 15.  Firehouse Subs Addison Corporation | 0.00 | 0.00 | | 0.00 | FA |
| 16.  Dcrj Enterprise, Corporation (Self-Directed) | 0.00 | 0.00 | | 0.00 | FA |
| 17.  Fidelity | 31,012.95 | 0.00 | | 0.00 | FA |
| 18.  Commonwealth Edison | 180.00 | 0.00 | | 0.00 | FA |
| 19.  Driver's License | 0.00 | 0.00 | | 0.00 | FA |
| 20.  Foid | 0.00 | 0.00 | | 0.00 | FA |
| 21.  State Of Illinois Food Sanitation | 0.00 | 0.00 | | 0.00 | FA |
| 22.  American General Term $1,300,000 | 0.00 | 0.00 | | 0.00 | FA |
| 23.  Met Life Term $500,000 | 0.00 | 0.00 | | 0.00 | FA |

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 18-15642 | JSB | Judge: | Janet S. Baer | | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | David C. Allen | | | | | Date Filed (f) or Converted (c): | 05/31/2018 (f) |
| | | | | | | 341(a) Meeting Date: | 06/26/2018 |
| For Period Ending: | 04/10/2019 | | | | | Claims Bar Date: | 10/09/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 24.  John Hancock Term $700,000 | 0.00 | 0.00 | | 0.00 | FA |
| 25.  Potential Avoidance Actions (Preference) (u) | 0.00 | 0.00 | | 0.00 | FA |
| Asset not scheduled, but disclosed on Debtor's Statement of Financial Affairs. Preferential Payments made to Chase totalling $1707.00<br><br>Chase presented evidence of defenses to Trustee's claims | | | | | |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $366,099.95 | $13,000.00 | | $13,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has filed a Motion to Sell Property back to the Debtor  - Frank J. Kokoszka 7/24/2018;
Trustee to also pursue a potential preference.

Trustee has sent demand letter on Potential preference recipient.
 - Frank J. Kokoszka 10/24/2018

Chase Bank responded to the Trustee's demand for return of preference. Chase presented evidence of defenses of new value and related defenses. Trustee will not be pursuing this matter any further. - Frank J. Kokoszka 11/28/2018

Trustee working on TFR  - Frank J. Kokoszka 12/6/2018

Initial Projected Date of Final Report (TFR): 07/31/2019          Current Projected Date of Final Report (TFR): 07/31/2019

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 18-15642 | |
| Case Name: David C. Allen | |

| | |
|---|---|
| Trustee Name: Frank J. Kokoszka, Trustee | Exhibit 9 |
| Bank Name: BOK Financial | |
| Account Number/CD#: XXXXXX0421 | |
| Checking | |

Taxpayer ID No: XX-XXX8965
For Period Ending: 04/10/2019

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/08/18 | | Northern Trust Remitter: Robert E. Allen 62 Green Bay Road Winnetka, IL 60093 | Sale back to Debtor | | $13,000.00 | | $13,000.00 |
| | | | Gross Receipts                    $13,000.00 | | | | |
| | 2 | | 2014 Mercedes-Benz Glk 350   $12,500.00 | 1129-000 | | | |
| | 8 | | 2 Watches                            $500.00 | 1129-000 | | | |
| 08/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $12,990.00 |
| 09/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $18.68 | $12,971.32 |
| 10/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $19.27 | $12,952.05 |
| 11/26/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $16.14 | $12,935.91 |
| 11/28/18 | | Transfer to Acct # xxxxxx0161 | Transfer of Funds | 9999-000 | | $12,935.91 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $13,000.00 | $13,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $12,935.91 |
| Subtotal | $13,000.00 | $64.09 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $13,000.00 | $64.09 |

| | | |
|---|---|---|
| Page Subtotals: | $13,000.00 | $13,000.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 18-15642 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: David C. Allen | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0161 |
| | Checking |
| Taxpayer ID No: XX-XXX8965 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/10/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/28/18 | | Transfer from Acct # xxxxxx0421 | Transfer of Funds | 9999-000 | $12,935.91 | | $12,935.91 |
| 03/04/19 | 2001 | Frank J. Kokoszka | Distribution | | | $2,090.44 | $10,845.47 |
| | | Frank J. Kokoszka | Final distribution creditor account # representing a payment of 100.00 % per court order. | ($2,050.00) 2100-000 | | | |
| | | Frank J. Kokoszka | Final distribution creditor account # representing a payment of 100.00 % per court order. | ($40.44) 2200-000 | | | |
| 03/04/19 | 2002 | Cruz Associates, Llc 934 Marisa Lane Olivenhain, Ca 92024 | Final distribution to claim 1 creditor account # representing a payment of 17.54 % per court order. | 7100-000 | | $10,845.47 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $12,935.91 | $12,935.91 |
| Less: Bank Transfers/CD's | $12,935.91 | $0.00 |
| Subtotal | $0.00 | $12,935.91 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $12,935.91 |

| | | |
|---|---|---|
| Page Subtotals: | $12,935.91 | $12,935.91 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0161 - Checking | $0.00 | $12,935.91 | $0.00 |
| XXXXXX0421 - Checking | $13,000.00 | $64.09 | $0.00 |
| | $13,000.00 | $13,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $13,000.00 |
| Total Gross Receipts: | $13,000.00 |